JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. JEON and JESSICA E. JEON,<br><br>                              Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE and DOES 1 through 20,<br><br>                              Defendants. | Case No. 2:21-cv-08899-SB-RAO<br><br><br><br>**FINAL JUDGMENT** |

For the reasons set forth in the Court's Order granting Defendant's Motion to Dismiss, Plaintiffs William T. Jeon's and Jessica E. Jeon's claims are DISMISSED for lack of subject matter jurisdiction.

This is a Final Judgment.

Dated:  January 19, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1